RECEIVED
NOV 06 2013
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| -v- | Mag. No. 13-2558 |
| KAMAL J. JAMES | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Kamal J. James (by Bruce L. Throckmorton, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through December 31, 2013, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having consented to the continuance, and no prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are expected to commence soon, and both the United States and the defendant seek additional time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 6th day of November, 2013,

ORDERED that the proceedings scheduled in the above-captioned matter are continued from the date of this Order through and including December 31, 2013;

IT IS FURTHER ORDERED that the period from the date of this Order through and including December 31, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By

_____
Bruce L. Throckmorton, Esq.
Counsel for Defendant

_____
Nicholas P. Grippo
Assistant United States Attorney